UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AMANDA M. GAGNON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| | )   CASE NO. 1:15-cv-00124-JAW |
| | ) |
| GRAHAM BEHAVIORAL SERVICES, | ) |
| SERVICES, INC., | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL

NOW COME the parties, by and through their respective counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and stipulate to the dismissal of the above action with prejudice and without costs to any party.

Dated:  November 23, 2015

/s/ Chad T. Hansen
chansen@maineemployeerights.com
Attorney for the Plaintiff

MAINE EMPLOYEE RIGHTS GROUP
92 Exchange Street 2nd floor
Portland, Maine 04101
(207) 874-0905

Dated:  November 23, 2015

/s/ Phillip Johnson
pjohnson@johnsonwebbert.com
Attorney for Defendant

JOHNSON, WEBBERT & YOUNG, LLP
160 Capitol Street, P.O. Box 79
Augusta, Maine 04332-0079
(207) 623-5110